# United States Court of Appeals
## For the First Circuit

———

No. 03-2441

UNITED STATES OF AMERICA,

Appellant,

v.

LAURENCE B. GREENBURG,

Defendant, Appellee.

———

ERRATA

The opinion of this Court, issued on June 3, 2005, should be amended as follows.

On page 4, lines 6 and 9, omit "with a new date", and on page 5, line 20, omit "date".